IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | :| |
|---|---|---|
| WARREN EVANS | : | |
| a/k/a JEFFREY JOHNSON | : | |
| | : | NO. 23-CV-3589 |
| v. | : | |
| | : | |
| BOBBI JO SALAMON, et al. | : | |
| | : | |

### ORDER

**AND NOW**, this 7th day of February 2025, upon careful and independent consideration of the petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, and after review of the Report and Recommendation of United States Magistrate Judge Scott Reid dated December 3, 2024 (Doc. No. 32) to which no objections have been lodged, it is **ORDERED** that:

1. The Report and Recommendation (Doc. No. 32) is **APPROVED** and **ADOPTED**.

2. The petition for writ of habeas corpus is **DENIED IN PART** and **DISMISSED IN PART**.

3. A certificate of appealability **SHALL NOT** issue because "reasonable jurists would [not] find the district court's assessment of the constitutional claims debatable or wrong." Slack v. McDaniel, 529 U.S. 473, 484 (2000); see also 28 U.S.C. § 2253(c)(2).

BY THE COURT:

/s/ Joel H. Slomsky, J.
JOEL H. SLOMSKY, J.