IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| WARREN EVANS a/k/a JEFFREY JOHNSON | : : : : | NO. 23-cv-3589 |
| v. | : : | |
| BOBBI JO SALAMON, et al. | : : | |

## ORDER

**AND NOW**, this 10th day of February 2026, upon consideration of the Petition for a Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254 (Doc. No. 2), the Report and Recommendation of United States Magistrate Judge Scott Reid dated December 3, 2024 (Doc. No. 32), Petitioner's Objections to the Report and Recommendation dated April 22, 2025 (Doc. No. 43), and the pertinent state record in this case (Doc. No. 18), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that:

1. The Report and Recommendation (Doc. No. 32) is **APPROVED** and **ADOPTED**.

2. The Petition for a Writ of Habeas Corpus (Doc. No. 2) is **DENIED IN PART** and **DISMISSED IN PART**.

3. A Certificate of Appealability **SHALL NOT** issue because, based on the analysis contained in the Magistrate Judge's Report and Recommendation and the Opinion of the Court issued this day, "reasonable jurists would [not] find the district court's assessment of the constitutional claims debatable or wrong." Slack v. McDaniel, 529 U.S. 473, 484 (2000); see also 28 U.S.C. § 2253(c)(2).

BY THE COURT:

/s/ Joel H. Slomsky
_____
JOEL H. SLOMSKY, J.